PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RODGER WILMES<br><br>　　　　　　Defendant. | Case No. 5:22-po-00086-SAB<br><br>[Citation # 9678247 CA/14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00086-SAB [Citation # 9678247 CA/14] against RODGER WILMES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 13, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　　/s/ *Alexandre Dempsey*
　　　　　　　　　　　　　　　　　　　　ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:22-po-00086-SAB [Citation # 9678247 CA/14] against RODGER WILMES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 13, 2022**

UNITED STATES MAGISTRATE JUDGE